## JONES v. STATE.
### No. 16469.

Court of Criminal Appeals of Texas.
Jan. 31, 1934.

James A. Harrison, of Beaumont, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, forty years in the penitentiary.

The record is here without statement of facts or bills of exception. Exceptions taken to the court's charge cannot be appraised in the absence of a statement of facts. All matters of procedure appear regular.

The judgment will be affirmed.